# IN THE UNITED STATED DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-03-436-10 |
| | § | |
| OLABODE TIMOTHY ARANSIOLA | § | |

## MOTION TO MODIFY SENTENCE PURSUANT TO 18 U.S.C. 3582 (C) AND 2014 DRUG AMENDMENTS TO THE SENTENCING GUIDELINES

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES OLABODE TIMOTHY ARANSIOLA, Defendant, by and through Defendant's undersigned counsel and files this, his Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3585 (c) (2) and would show this Honorable Court as follows:

## I.

## RELIEF REQUESTED

Defendant OLABODE TIMOTHY ARANSIOLA's original guideline range was 360 months to life, based on a total offense level of 42 and a criminal history category I. On February 8, 2005, the Defendant was sentenced to a term of imprisonment of 360 months. Subsequent to Defendant's sentence, the United States Sentencing Commission amended its applicable sentencing guidelines regarding drug offenses. In applying the 2014 retroactive guideline amendment to Defendant, the Defendant's total offense level would be reduced to a 40, Criminal History Category I, making Defendant's new guideline range between 292 to 365 months.

Defendant ARANSIOLA moves under 18 U.S.C. § 3582 (c)(2) for an order reducing the Defendant's term of imprisonment from 360 months to 292 months based on the retroactive amendment to the sentencing guidelines.

Defendant ARANSIOLA'S current proposed release date prior to any sentence reduction is May 27, 2030.

## II.

## JURISDICTION

This Court has jurisdiction to modify the Defendant's sentence now under the plain language of 18 U.S.C. §3582 (c) (2) which provides:

> In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994 (o), upon motion of the defendant, the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553 (a) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued by the sentencing commission.

The predicate conditions conferring jurisdiction are met in this case. Defendant ARANSIOLA was sentenced based on a sentencing range that was subsequently lowered by the Sentencing Commission on November 1, 2014. *See* U.S.S.G. App. *C,* Amend. 782. The Sentencing Commission Promulgated a policy statement making the reduction retroactive. Amendment 782 becomes effective November 2, 2014 *See* U.S.S.G. § 1B 1.10. Defendant ARANSIOLA acknowledges that pursuant to the special instructions at section 1B1. 10(e) the effective date of any order reducing the term of imprisonment will not be effective until November 1, 2015.

## CONCLUSION

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant Defendant's *Motion for Reduction of Sentenced Pursuant to 18 U.S.C. §3582 (c)(2)* and reduce the Defendant's sentence to 292 months to reflect a 2 level reduction on his sentence guideline range, and for such other further relief that may be awarded at law or in equity.

Respectfully submitted,

/s/ Richard Kuniansky
RICHARD KUNIANSKY
State Bar No. 11762840
440 Louisiana, Suite 200
Houston, Texas 77002
Telephone: (713) 622-8333

Facsimile: (713) 224-2815
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing Motion, has this 26th day of March, 2015, been made by electronic means or U.S. Mail to the following:

| | |
|---|---|
| Mr. Stuart Burns | Ms. Norma Cruz |
| Assistant United States Attorney | U.S. Probation Officer |
| P.O. Box 61129 | 515 Rusk, 2nd Floor |
| Houston, Texas 77208 | Houston, Texas 77002 |

/s/ Richard Kuniansky
Richard Kuniansky