# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Houston

UNITED STATES OF AMERICA
v.
**OLABODE TIMOTHY ARANSIOLA**

CASE NUMBER: **4:03CR00436-010**
USM NUMBER: 21503-424

Date of Original Judgment:         January 31, 2005
Date of Previous Amended Judgment: July 14, 2005          Richard Kuniansky
*(Use Date of Last Amended Judgment if Any)*              Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED     ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (*as reflected in the last judgment issued*) of 360 months **is reduced to** 292 months.

(*Complete Parts I and II of Page 2 when motion is granted*)

Except as otherwise provided, all provisions of the judgment   July 14, 2005   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   April 6, 2015

                                                  *[signature]*
                                                  Signature of Judge

                                                  **NANCY F. ATLAS**
Effective Date: November 1, 2015                  **UNITED STATES DISTRICT JUDGE**
    (*if different from order date*)              Name and Title of Judge

MM___|GW