United States Courts
Southern District of Texas
FILED
JUL 12 2022
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE
## _SOUTHERN_ DISTRICT OF _TEXAS_

UNITED STATES OF AMERICA

v.

_OLABODE T. ARASIOLA_

Write your full name here.

Case No. _H-03-0436-010_
(write the number of your criminal case)

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)(i)**
**(Compassionate Release)**
(*Pro Se* Prisoner)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☑ No

If you answered yes, please list the documents in section IV of this form.

## I. SENTENCE INFORMATION

Date of sentencing: _January 31, 2005_

Term of imprisonment imposed: _360 months_

Approximate time served to date: _216 months    76-90 %_

Projected release date: _01-30-2025_

Length of Term of Supervised Release: _5 years_

Have you filed an appeal in your case?

☑ Yes

☐ No

Are you subject to an order of deportation or an ICE detainer?

☑ Yes

☐ No

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

2.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☑ Yes, I submitted a request for compassionate release to the warden on (date) 6-13-2022

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not: _____

_____

Was your request denied by the Warden?

☑ Yes, my request was denied by the warden on (date): June 17, 2022

☐ No. I did not receive a response yet.

## III. GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

A. Are you 70 years old or older?

☐ Yes.

☑ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

- ☐ Yes.
- ☐ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

- ☑ Yes.
- ☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

- ☑ Yes.
- ☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

- ☑ I have been diagnosed with a terminal illness.
- ☑ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.
- ☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.
- ☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.
- ☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.
- ☑ There are other extraordinary and compelling reasons for my release.

Prison chronic shortage of staffs, specifically here, medical staffs, result in forced medical delay; all this underlying health conditions, with poor condition of incarseration create high risk of severe illness from covid-19. It is almost impossible to demonstrate reasonable and necessary serious care of my ailments in this facility.

B. I am now 51 years old.

C. My family condition, My wife Cresie, is only child of her mother, who now has stroke, my wife needs me to be there present providing emotional, mental, and physical support in every way necessary. And my mother is 82 yrs. old and frail, she would love to see me before death.

D. Other reasons, First Step Act of 2018, at 119 3582 (C)(1)(A)(i). United States V. McCoy, 981 F 3d 271.284 (4th cir. 2020). United States V. Zullo, 976 F 3d 228, 230 (2d Cir. 2020).

D2. Finding change in the sentencing law is an extraordinary and compelling circumstances, that command reverser of convictions, vacation of sentences, or time served. See McCoy, 981 F 3d at 288; specifically the offense of conviction if reviewed categorically, and by focusing on the elements of the offense keeping with generic defination of the law, not the presuppositions of particulars of the offense of conviction. 22 F 4th 438.440(4th Cir. 2022). See United States V Campbell an attempt crime does not qualify as a controlled substance offense i.e. section 841(a).
Attempt offenses are not categorically "controlled substance offense; U.S.S.G. 4B1.2(b) see Campbell, 22F.$th at 442 and Id at 443-44 (citing Stinson V. United States, 508 U.S. 36.38 (1993). Then Campbell, 22 F.3D at 444; with Id at 447 (quoting Stinson, 508 U.S. at 43) Campbell, 22 F 3d at 440.
21 U.S.C. 841 (a)(1) congress express defination; Id 802 (10) Id 802(8), the most innocent conduct "covered by section 841 (a) see Shell, 789 F 3d at 339.
D3. The enhanced guideline range should be reviewed because it is based upon offense of conviction without actual participation and an attempt crime that does not qualify as a controlled substance offense. Campbell, 22 F 4th at 440; see

5A CONT.

McCoy, 981 F 3d at 288.

D4. Disparity between current sentence and the sentence one would recieve if convicted today.

D5. The weight of the disparity. The need to avoid unwarranted disparities among defendants with similar records found guilty of the same offense (3553) (a)(b)-21 U.S.C. 841 (b)(1)(A) and 8 U.S.C. 1101 (a)(17) see 18 U.S.C. 3632 (d)(4).

D6. I am not a violent person.

D7. I have programmed and completed several education courses: Pls see attatched records.

Finally, I Pray and hope that this honorable court review my request and give favorable consideration.

THANKS

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

I have chronic Liver diseases, I have immuno compromised condition with lingering effect; i.e. occassional weakness and tiredness, Fatigue, Heart Heart disease, dizzyness off and on; right foot deformity with chronic and substantial pain; I am in a dire circumstance, i.e. off and on lock down since March of 2020 that the Covid break. The Prison is unable to manage my health issues. Self care is almost becoming unusually difficult due to forced unnecessary burden bus the B-O-P.; i.e - unequal treatments because of alien status with people that are similarly situated in the prison world -

## IV. ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | Request to seal? |
|---|---|---|
| Proposed Release Plan | ☑ Yes ☐ No | ☑ Yes ☐ No |
| Additional medical information | ☑ Yes ☐ No | ☑ Yes ☐ No |
| | ☐ Yes | ☐ Yes ☐ No |
| | ☐ Yes | ☐ Yes ☐ No |

## V. REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☑ Yes

☐ No

## VI. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

7-4-2022
Date

Aransiola
Signature

Olobode Timothy Aransiola
Name

21503424
Bureau of Prisons Register #

Federal Correctional Institution
Bureau of Prisons Facility

Berlin, NH - 03570
Institution's Address

OLABODE TIMOTHY ARANSIOLA
#21503-424
Federal Correctional Institution
P.O. Box 9000
Berlin, NH
03570

Hon. Judge NANCY ATLAS
U.S. Federal Courthouse
515 Rusk Avenue
Houston, Texas
77002

United States Courts
Southern District of Texas
FILED
JUL 12 2022
Nathan Ochsner, Clerk of Court