TRULINCS 21503424 - ARANSIOLA, OLABODE TIMOTHY - Unit: BER-B-B
------------------------------------------------------------------------

FROM: 21503424
TO: Forge, Gv
SUBJECT: Document
DATE: 05/16/2023 06:30:34 PM

United States Courts
Southern District of Texas
FILED

MAY 22 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States of America

v.             Case No. H-03-0436-010

Olabode T. Aransiola

## ADDENDUM AND MOTION TO STAY

    Here comes Defendant Olabode, acting Pro se, to request the stay in abeyance of his 18 U.S.C. 3582(C)(1)(A)(i) motions before this honorable Court, so that in the case that the newly enacted 28 U.S.C. 994(t) which expressly gave the responsibility to "describe what should be considered extraordinary and compelling reasons for sentence reduction" and the Amendments to 1B1.13 that a change in the law legally can and some times should be the basis for a 3582(C)(1)(A) sentencing reduction is passed and became law come November 1, 2023, pursuant to 18 U.S.C. 3582(C)(2) prospectively.

    I respectfully request that my rights to this newly passed Sentencing Commission's Amendments to the Sentencing Guidelines calculations and its retroactivity in respect to criminal history amendments be preserved with other issues I have raised in facts and law pending before this Court for consideration before now, for the passage of this law will impact Defendant's case as a whole. Therefore, stay this case pending it becomes law come this November 1, 2023. I also request that an attorney be appointed for me to help in this matter because I cannot afford one.

May 17th, 2023

                                                   Respectfully submitted,

                                                   Olabode T. Aransiola
                                                 Reg No. 21503-424



Olabode Timothy Afeariyola
21503424
B2: 226L
Federal Correctional Institution
1. Success Loop Road
Berlin, New Hampshire. 03570

United States Courts
Southern District of Texas
FILED
MAY 22 2023
Nathan Ochsner, Clerk of Court

⟨⟩21503-424⟨⟩
Bob Casey United States
515 rusk Street
R.5300 RUSK ST
Court House
Houston, TX 77002
United States